**Johnny GIDDEN, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 77348**

Missouri Court of Appeals,
Western District.

January 20, 2015

Johnny Gidden, Kansas City, Appellant Acting Pro Se.

Christopher Miller, Springfield, Counsel for Respondent.

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Ms. Johnny Gidden appeals the decision of the Labor and Industrial Relations Commission denying a request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).